THE STATE, EX REL. FRANCIS T. F. RANDOLPH, PLAIN-
TIFF IN ERROR, v. R. FRANK WOOD, DEFENDANT IN
ERROR.

On error to the Supreme Court.   For opinion of Supreme
Court, see 20 *Vroom* 85.

For the plaintiff in error, *A. H. Gangewer* and *Mark R.
Sooy.*

For the defendant in error, *Alfred Flanders.*

PER CURIAM.   The judgment in this case should be
affirmed, for the reasons given by the Supreme Court in its
opinion.

*For affirmance*—THE CHANCELLOR, DIXON, REED, SCUD-
DER, VAN SYCKEL, BROWN, CLEMENT, MCGREGOR, PAT-
ERSON, WHITAKER.   10.

*For reversal*—None.